UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Yvonne Gipson
1404 Chesapeake Avenue
Annapolis, MD 21403,
and all others similarly situated,

Plaintiffs,

v.

Wells Fargo & Company, Wells Fargo
Bank, N.A., Employee Benefit Review
Committee, and John Does 1 - 20, et al.,

Defendants.

CASE NUMBER 1:07-CV-01970-JDB

### NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Creighton R. Magid as counsel in this action for Defendants Wells Fargo & Company, Wells Fargo Bank, N.A., the Employee Benefit Review Committee.

Dated: January 4, 2008

Respectfully submitted,

Creighton R. Magid (D.C. Bar #476961)
DORSEY & WHITNEY LLP
Washington Square
1050 Connecticut Avenue, N.W.
Suite 1250
Washington, D.C. 20036
Tel: (202) 442-3555
Fax:(202) 442-3199
magid.chip@dorsey.com

*Attorney for the Wells Fargo Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January, 2008, a copy of the foregoing Notice of Appearance was mailed by first-class mail, postage prepaid to:

J. Brian McTigue, Esq.
Gregory Y. Porter, Esq.
MCTIGUE & PORTER
5301 Wisconsin Avenue, N.W.
Suite 350
Washington, D.C. 20015

_____
Creighton R. Magid