UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Yvonne Gipson
1404 Chesapeake Avenue
Annapolis, MD 21403,
and all others similarly situated,

      Plaintiffs,

CASE NUMBER 1:07-CV-01970-JDB

v.

Wells Fargo & Company, Wells Fargo
Bank, N.A., Employee Benefit Review
Committee, and John Does 1 - 20, et al.,

      Defendants.

## JOINT STIPULATION BETWEEN THE PARTIES REGARDING SCHEDULING DEADLINES

It is stipulated by and between the undersigned parties, by their respective attorneys, that:

1.      On November 1, 2007 Plaintiff Yvonne Gipson filed the complaint in the above matter (the "Complaint"), alleging violations of ERISA and seeking certification of a class, against Wells Fargo & Company, Wells Fargo Bank, N.A., the Employee Benefit Review Committee (collectively the "Wells Fargo Defendants"), and John Does 1-20.

2.      On November 5, 2007, Plaintiff delivered a copy of the Complaint and a waiver of service form to the Wells Fargo Defendants, which the Wells Fargo Defendants returned on December 4, 2007.

3.      The Wells Fargo Defendants' response to the Complaint is presently due on January 4, 2008, and, under Local Rule 23.1(b), Plaintiff's Motion for Class Certification is presently due on January 30, 2008.

4.      The parties agree that due to the Wells Fargo Defendants' recent engagement of Dorsey & Whitney LLP as its counsel, the complexity of the matter, the possibility of preliminary motion practice, and the need for the parties to meet and confer regarding the

appropriate schedule (including any discovery) for a motion for class certification, it is appropriate to modify these dates.

     5.     The parties have therefore agreed that the Wells Fargo Defendants may answer, move, or otherwise respond to the Complaint on or before January 31, 2008, and the parties have further agreed that Plaintiff shall not be obligated to file her motion for class certification on January 30, 2008, but rather that the parties shall propose a schedule for the timing of this motion upon the filing of a Rule 26(f) Report.

     WHEREFORE for good cause shown, the parties agree as follows:

     1.     The Wells Fargo Defendants shall have until January 31, 2008 to answer, move or otherwise respond to the Complaint;

     2.     Plaintiff shall not be obligated to file a motion for class certification on January 30, 2008. The parties shall propose a schedule for any motion for class certification and any related discovery upon the filing of a Rule 26(f) Report.

     Respectfully submitted,

Dated: January 4, 2008

     /s/ Creighton R. Magid
Creighton R. Magid (D.C. Bar No. 476961)
DORSEY & WHITNEY LLP
Washington Square
1050 Connecticut Avenue, N.W.
Suite 1250
Washington, D.C. 20036
Tel: (202) 442-3555
Fax:(202) 442-3199
magid.chip@dorsey.com

*Attorney for the Wells Fargo Defendants*

Dated: January 4, 2008

   /s/ Gregory Y. Porter
J. Brian McTigue (D.C. Bar No. 475904)
Gregory Y. Porter (D.C. Bar No. 458603)
MCTIGUE & PORTER
5301 Wisconsin Avenue, N.W.
Suite 350
Washington, D.C. 20015
Tel: (202) 364-6900
Fax: (202) 364-9960
bmctigue@mctiguelaw.com
gporter@mctiguelaw.com

*Attorneys for Plaintiff Yvonne Gipson*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January, 2008, a copy of the foregoing Joint Stipulation was mailed, postage prepaid to:

J. Brian McTigue, Esq.
Gregory Y. Porter, Esq.
MCTIGUE & PORTER
5301 Wisconsin Avenue, N.W.
Suite 350
Washington, D.C. 20015


  /s/ Creighton R. Magid
Creighton R. Magid

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Yvonne Gipson**

**and all others similarly situated,**

       **Plaintiffs,**　　　　　　　　CASE NUMBER 1:07-CV-01970-JDB

**v.**

**Wells Fargo & Company, Wells Fargo Bank, N.A., Employee Benefit Review Committee, and John Does 1 - 20, et al.,**

       **Defendants.**

## ORDER

Upon consideration of the parties' Joint Stipulation Between The Parties Regarding Scheduling Deadlines, it is hereby this ____ day of January, 2008,

ORDERED, that the Wells Fargo Defendants shall have until January 31, 2008 to answer, move or otherwise respond to the Complaint; and it is further

ORDERED, that Plaintiff shall not be obligated to file a motion for class certification on January 30, 2008. The parties shall propose a schedule for any motion for class certification and any related discovery upon the filing of a Rule 26(f) Report.

_____
The Honorable Judge John D. Bates

COPIES:
Creighton R. Magid (D.C. Bar No. 476961)
DORSEY & WHITNEY LLP
1050 Connecticut Avenue, N.W., Suite 1250
Washington, D.C. 20036

J. Brian McTigue (D.C. Bar No. 475904)
Gregory Y. Porter (D.C. Bar No. 458603)
MCTIGUE & PORTER
5301 Wisconsin Avenue, N.W., Suite 350
Washington, D.C. 20015