IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Yvonne Gipson<br>1404 Chesapeake Avenue<br>Annapolis, MD 21403,<br>*and all others similarly situated*,<br><br>                                     Plaintiffs<br><br>v.<br><br>Wells Fargo & Company, Wells Fargo Bank, N.A., Employee Benefit Review Committee, *and* John Does 1-20, *et al.*,<br>                                     Defendants | Case No. 1:07-cv-01970-JDB<br><br>Hon. John D. Bates |

### NOTICE OF ENTRY OF APPEARANCE

Please take notice that, pursuant to LCvR 83.6(a), Patrick P. de Gravelles (DC Bar No. 457529) has entered an appearance on behalf of plaintiff Yvonne Gipson in the above-captioned matter.

Dated: January 10, 2008

Respectfully submitted,

Patrick P. de Gravelles, Esq.
**McTIGUE & PORTER LLP**
5301 Wisconsin Avenue, N.W., Suite 350
Washington, DC 20015
(202) 364-6900
pdegravelles@mctiguelaw.com

Counsel for Yvonne Gipson and
all others similarly situated

## Certificate of Service

      I hereby Certify that the foregoing **Notice of Entry of Appearance** was electronically filed with the Court his 11th Day of January 2008, with copies to be served via the Court's ECF notification system upon the following:

Creighton R. Magid
**Dorsey & Whitney LLP**
Washington Square
1050 Connecticut Avenue NW
Suite 1250
Washington, DC 20036
(202) 442-3000 : phone
(202) 442-3199 : fax
magid.chip@dorsey.com

                                                       _____
                                                       McTigue & Porter LLP