UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Yvonne Gipson<br>and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Wells Fargo & Company, Wells Fargo<br>Bank, N.A., Employee Benefit Review<br>Committee, and John Does 1 - 20, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NUMBER 1:07-CV-01970-JDB<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR COUNSEL TO APPEAR *PRO HAC VICE*

NOW COMES the undersigned counsel, Creighton R. Magid, a member in good standing of the bar of the District of Columbia and the bar of this Court, and pursuant to Local Rule 83.2(d) moves this Court for the admission *pro hac vice* of Stephen P. Lucke. In support of this motion, the undersigned states:

1.  Stephen P. Lucke is a partner with the law firm of Dorsey & Whitney LLP in Minneapolis, Minnesota. His office address and phone number are 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402-1498, (612) 343-7947. Mr. Lucke is familiar with the defendants and the issues raised in this action, and his knowledge of the factual and substantive areas of law will be of particular benefit with regard to the efficient handling of this case.

2.  Mr. Lucke is a member in good standing of the bars of Minnesota and Wisconsin, and he is admitted to practice before the U.S. District Court for the District of Minnesota, Eastern District of Wisconsin, Western District of Wisconsin, and District of Colorado. *See* attached Declaration of Stephen P. Lucke.

3.  Mr. Lucke has never been disciplined by any bar.

4. Mr. Lucke has never been admitted *pro hac vice* to practice before this Court.

5. Mr. Lucke does not practice law from an office located in the District of Columbia, is not a member of the District of Columbia Bar, and has no application for membership pending.

6. The undersigned requests that this Court grant this motion so that Mr. Lucke may file pleadings and appear and be heard at any hearing in this proceeding.

WHEREFORE, the undersigned counsel respectfully moves this Court for an order admitting Stephen P. Lucke *pro hac vice* as co-counsel for plaintiff.

Dated: January 17, 2008

Respectfully submitted,

/s/ Creighton R. Magid
Creighton R. Magid (DC# 476961)
Dorsey & Whitney LLP
1050 Connecticut Avenue, N.W.
Suite 1250
Washington, D.C. 20004-2505
(202) 442-3000 (telephone)
(202) 442-3199 (facsimile)
magid.chip@dorsey.com

*Attorney for the Wells Fargo Defendants*

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2008, a copy of the foregoing Motion For Counsel To Appear *Pro Hac Vice*, Declaration of Stephen P. Lucke, and proposed Order was sent by first-class mail, postage prepaid to:

J. Brian McTigue, Esq.
Gregory Y. Porter, Esq.
MCTIGUE & PORTER
5301 Wisconsin Avenue, N.W.
Suite 350
Washington, D.C. 20015

                                                    /s/ Creighton R. Magid
                                                    Creighton R. Magid

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Yvonne Gipson
and all others similarly situated,

        Plaintiffs,

v.

        CASE NUMBER 1:07-CV-01970-JDB

Wells Fargo & Company, Wells Fargo
Bank, N.A., Employee Benefit Review
Committee, and John Does 1 - 20, et al.,

        Defendants.

### DECLARATION OF STEPHEN P. LUCKE

I, Stephen P. Lucke, hereby request permission to appear *pro hac* vice on behalf of Defendants Wells Fargo & Company, Wells Fargo Bank, N.A., and the Employee Benefit Review Committee in the above-captioned matter. My office address and telephone numbers are as follows:

| | |
|---|---|
| Office Address: | Dorsey & Whitney LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-1498 |
| Office Telephone: | (612) 343-7947 |

I am admitted to practice in the following courts:

| COURT | LOCATION | DATE OF ADMISSION |
|---|---|---|
| United States District Court | District of Minnesota | December 5, 1984 |
| United States District Court | Eastern District of Wisconsin | August 28, 1995 |
| United States District Court | Western District of Wisconsin | April 25, 1988 |
| United States District Court | District of Colorado | December 11, 2002 |
| United States Court of Appeals | Seventh Circuit | October 23, 1992 |
| United States Court of Appeals | Eighth Circuit | January 2, 1986 |

I am in good standing and eligible to practice in all courts to which I am admitted. I have never been disciplined by any bar.

-2-

I have not been admitted *pro hac vice* to the bar of the United States District Court for the District of Columbia during the past two years.

I do not maintain an office for the practice of law within the District of Columbia, but my firm maintains an office at 1050 Connecticut Avenue, N.W., Suite 1250, Washington, D.C. 20004.

I make the foregoing statements under penalty of perjury.

Dated: January 14, 2008

/s/ Stephen P. Lucke
Stephen P. Lucke

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Yvonne Gipson
and all others similarly situated,

      Plaintiffs,

v.

Wells Fargo & Company, Wells Fargo
Bank, N.A., Employee Benefit Review
Committee, and John Does 1 - 20, et al.,

      Defendants.

CASE NUMBER 1:07-CV-01970-JDB

## ORDER

Upon consideration of counsel for plaintiff's Motion for Counsel to Appear *Pro Hac Vice* and for good cause being shown, it is this ____ day of January, 2008,

ORDERED, that Stephen P. Lucke is hereby granted permission to appear *pro hac vice* in this proceeding.

_____
U.S. DISTRICT COURT JUDGE

COPIES TO:

Creighton R. Magid, Esquire
Dorsey & Whitney LLP
1050 Connecticut Avenue, N.W.
Suite 1250
Washington, DC 20004-2505

J. Brian McTigue, Esq.
Gregory Y. Porter, Esq.
MCTIGUE & PORTER
5301 Wisconsin Avenue, N.W.
Suite 350
Washington, D.C. 20015