IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Yvonne Gipson<br>1404 Chesapeake Avenue<br>Annapolis, MD 21403,<br>*and all others similarly situated,*<br><br>       Plaintiffs<br><br>v.<br><br>Wells Fargo & Company, Wells Fargo Bank, N.A., Employee Benefit Review Committee, *and* John Does 1-20, *et al.,*<br>       Defendants | Case No. 1:07-cv-01970-JDB<br><br>Hon. John D. Bates |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that, pursuant to LCvR 83.6(a), Gregory Y. Porter (DC Bar No. 458603) has entered an appearance on behalf of plaintiff Yvonne Gipson in the above-captioned matter.

Dated: February 7, 2008

                 Respectfully submitted,

                 _____
                 Gregory Y. Porter, Esq.
                 **McTIGUE & PORTER LLP**
                 5301 Wisconsin Avenue, N.W., Suite 350
                 Washington, DC  20015
                 (202) 364-6900
                 gporter@mctiguelaw.com

                 Counsel for Yvonne Gipson and
                 all others similarly situated

## Certificate of Service

I hereby Certify that the foregoing **Notice of Entry of Appearance** was electronically filed with the Court his 7th Day of February 2008, with copies to be served via the Court's ECF notification system upon the following:


Creighton R. Magid
**Dorsey & Whitney LLP**
Washington Square
1050 Connecticut Avenue NW
Suite 1250
Washington, DC 20036
(202) 442-3000 : phone
(202) 442-3199 : fax
magid.chip@dorsey.com

And by other means upon the following:

Andrew Holly
Stephen P. Lucke
DORSEY & WHITNEY LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402


McTigue & Porter LLP