<b>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA</b>

| | |
|---|---|
| Yvonne Gipson<br>1404 Chesapeake Avenue<br>Annapolis, MD 21403,<br>and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>Wells Fargo & Company, Wells Fargo Bank, N.A., Employee Benefit Review Committee, and John Does 1 - 20, et al.,<br><br>                    Defendants. | CASE NUMBER 1:07-CV-01970-JDB<br><br>JOINT STIPULATION BETWEEN THE PARTIES REGARDING SCHEDULING DEADLINES |

WHEREAS on November 1, 2007 Plaintiff Yvonne Gipson filed the complaint in the above matter, alleging violations of ERISA and seeking certification of a class (the "Complaint"), against Wells Fargo & Company, Wells Fargo Bank, N.A., the Employee Benefit Review Committee (collectively the "Wells Fargo Defendants"), and John Does 1-20.

WHEREAS on November 5, 2007, Plaintiff delivered a copy of the Complaint and a waiver of service form to the Wells Fargo Defendants, which the Wells Fargo Defendants returned on December 4, 2007;

WHEREAS, the Wells Fargo Defendants' response to the Complaint was due on January 4, 2008, and under Local Rule 23.1(b), Plaintiff's Motion for Class Certification was due on January 30, 2008;

WHEREAS the parties agreed that due to the Wells Fargo Defendants then recent engagement of Dorsey & Whitney LLP as its counsel, the complexity of the matter, the possibility of preliminary motion practice, and the need for the parties to meet and confer

regarding the appropriate schedule (including any discovery) for a motion for class certification, it was appropriate to modify these dates;

WHEREAS, the parties agreed that the Wells Fargo Defendants could answer, move, or otherwise respond to the Complaint on or before January 31, 2008, and the parties further agreed that Plaintiff was not obligated to file her motion for class certification on January 30, 2008, but rather that the parties shall propose a schedule for the timing of this motion upon the filing of a Rule 26(f) Report;

WHEREAS, the parties submitted for this Court's approval a Joint Stipulation Between The Parties Regarding Scheduling Deadlines and a Proposed Order Regarding Scheduling Deadlines permitting Wells Fargo Defendants to answer, move, or otherwise respond to the Complaint on or before January 31, 2008, which this Court entered on January 7, 2008;

WHEREAS, on January 31, 2008, the Wells Fargo Defendants filed a Motion To Dismiss For Improper Venue Or In The Alternative To Transfer [Dkt No. 10] ("Motion").

WHEREAS, the demands of filing and discovery deadlines in other matters would make it a hardship for plaintiff to file an opposition to Wells Fargo Defendants' Motion on February 14, 2008;

WHEREAS, parties agree that plaintiff can file any opposition to the Motion on or before February 28, 2008 and that the Wells Fargo Defendants can file a reply in support of the Motion on or before March 14, 2008;

THEREFORE for "good cause" shown, the parties agree as follows:

1. Plaintiff shall have until February 28, 2008 to file an opposition to the Motion;

2. The Wells Fargo Defendants shall have until March 14, 2008 to file a reply in support of the Motion;

| Dated: February 7, 2008 | DORSEY & WHITNEY LLP |
|---|---|
| | By: /S/ Creighton R. Magid<br>Creighton R. Magid (#1071807)<br>Washington Square<br>1050 Connecticut Avenue NW<br>Suite 1250<br>Washington, DC 20036<br>Tel: (202) 442-3000<br>Fax:(202) 442-3199<br>magid.chip@dorsey.com<br><br>*Attorney for the Wells Fargo Defendants* |
| Dated: February 7, 2008 | MCTIGUE & PORTER |
| | By: /S/ Gregory Y. Porter<br>J. Brian McTigue (D.C. Bar No. 475904)<br>Gregory Y. Porter (D.C. Bar No. 458603)<br>5301 Wisconsin Avenue, NW<br>Suite 350<br>Washington, DC 20015<br>Tel: (202) 364-6900<br>Fax: (202) 364-9960<br>bmctigue@mctiguelaw.com<br>gporter@mctiguelaw.com<br><br>*Attorneys for Plaintiff Yvonne Gipson* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Yvonne Gipson**
**1404 Chesapeake Avenue**
**Annapolis, MD 21403,**
and all others similarly situated,

                      Plaintiffs,

CASE NO. 1:07-CV-01970-JDB

v.

**Wells Fargo & Company, Wells Fargo**
**Bank, N.A., Employee Benefit Review**
**Committee, and John Does 1 - 20, et al.,**

                      Defendants.

## CERTIFICATE OF SERVICE

      I hereby Certify that the foregoing **Joint Stipulation Between the Parties Regarding Scheduling Deadlines** was electronically filed with the Court his 7th Day of February 2008, with copies to be served via the Court's ECF notification system upon the following:

Creighton R. Magid
**Dorsey & Whitney LLP**
Washington Square
1050 Connecticut Avenue NW
Suite 1250
Washington, DC 20036
(202) 442-3000 : phone
(202) 442-3199 : fax
magid.chip@dorsey.com

And by other means upon the following:

Andrew Holly
Stephen P. Lucke
DORSEY & WHITNEY LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

McTigue & Porter LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Yvonne Gipson
1404 Chesapeake Avenue
Annapolis, MD 21403,
and all others similarly situated,

                        Plaintiffs,

v.

Wells Fargo & Company, Wells Fargo
Bank, N.A., Employee Benefit Review
Committee, and John Does 1 - 20, et al.,

                        Defendants.

CASE NO. 1:07-CV-01970-JDB

PROPOSED ORDER REGARDING
SCHEDULING DEADLINES

Based on the stipulation of the parties, and for good cause shown, it is ordered that:

1. Plaintiff shall have until February 28, 2008 to file an opposition to Wells Fargo Defendants' Motion To Dismiss For Improper Venue Or In The Alternative To Transfer [Dkt No. 10] ("Motion").

2. Defendants shall have until March 14, 2008 to file a reply memorandum in support of their Motion.

                                                                The Honorable John D. Bates
                                                                United States District Court Judge