## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Yvonne Gipson,

   Plaintiffs,

v.          CASE NUMBER 1:07-CV-01970-JDB

Wells Fargo & Company, Wells Fargo
Bank, N.A., Employee Benefit Review
Committee, and John Does 1 - 20, et al.,

   Defendants.

### JOINT MOTION TO EXTEND DEADLINE

Pursuant to Local Rule 6(b), the parties hereby jointly move for an extension of the deadline for filing a Rule 26(f) report in this matter.  The grounds for this joint motion are as follows:

1.  Plaintiff Yvonne Gipson has filed a complaint in this matter against Wells Fargo & Company and the Wells Fargo Bank, N.A., Employee Benefit Review Committee (together, the "Wells Fargo Defendants") in November, 2007.

2.  The Wells Fargo Defendants have responded to the Complaint by filing a motion to dismiss or, in the alternative, to transfer this matter to the District of Minnesota (the "Motion"), which motion is pending.

3.  The parties' Rule 26(f) report is currently due on March 28, 2008, and the Court's Scheduling Order under Fed. R. Civ. P. 16(b) is currently due on April 4, 2008.

4.  The Court previously approved a stipulation between the parties suspending Plaintiff's obligation to file a class certification motion under Local Rule 23.1(b) pending further developments in this case.

5.  The parties agree that because the outcome of the Motion may affect the nature and applicability of the Rule 26(f) Report, it is appropriate to suspend the obligation to file this

report until this motion is resolved.

6.     The parties agree that upon the Court's ruling on the Motion, the parties shall promptly confer and propose to the Court the schedule for submitting the Rule 26(f) Report.

WHEREFORE, for good cause shown, the parties jointly move the court to stay the parties' obligation to file a Rule 26(f) report pending resolution of the Motion. The parties will propose a schedule for this report following the Court's resolution of the Motion.

Respectfully submitted,

Dated: March 25, 2008

_/s/ Creighton R. Magid_____
Creighton R. Magid (D.C. Bar No. 476961)
DORSEY & WHITNEY LLP
Washington Square
1050 Connecticut Avenue, N.W., Suite 1250
Washington, D.C. 20036
Tel: (202) 442-3555
Fax:(202) 442-3199
magid.chip@dorsey.com

*Attorney for the Wells Fargo Defendants*

Dated: March 25, 2008

___/s/ Gregory Y. Porter_____
J. Brian McTigue (D.C. Bar No. 475904)
Gregory Y. Porter (D.C. Bar No. 458603)
MCTIGUE & PORTER
5301 Wisconsin Avenue, N.W., Suite 350
Washington, D.C. 20015
Tel: (202) 364-6900
Fax: (202) 364-9960
bmctigue@mctiguelaw.com
gporter@mctiguelaw.com

*Attorneys for Plaintiff Yvonne Gipson*

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of March, 2008, a copy of the foregoing Joint

Motion was mailed, postage prepaid to:

J. Brian McTigue, Esq.
Gregory Y. Porter, Esq.
MCTIGUE & PORTER
5301 Wisconsin Avenue, N.W.
Suite 350
Washington, D.C. 20015


__/s/ Creighton R. Magid_____
Creighton R. Magid

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Yvonne Gipson,

        **Plaintiffs,**

v.                        **CASE NUMBER 1:07-CV-01970-JDB**

Wells Fargo & Company, Wells Fargo
Bank, N.A., Employee Benefit Review
Committee, and John Does 1 - 20, et al.,

        **Defendants.**

## ORDER

Upon consideration of the Joint Motion to Extend Deadline, it is hereby this _____ day of March, 2008,

ORDERED, that the parties' obligation to file a Rule 26(f) report is stayed pending resolution of the Wells Fargo Defendants' Motion to dismiss for Improper Venue or in the Alternative to Transfer.

                          _____

                          The Honorable Judge John D. Bates

COPIES:

Creighton R. Magid (D.C. Bar No. 476961)
DORSEY & WHITNEY LLP
1050 Connecticut Avenue, N.W., Suite 1250
Washington, D.C. 20036

J. Brian McTigue (D.C. Bar No. 475904)
Gregory Y. Porter (D.C. Bar No. 458603)
MCTIGUE & PORTER
5301 Wisconsin Avenue, N.W., Suite 350
Washington, D.C. 20015