## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **YVONNE GIPSON,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**WELLS FARGO & CO., et al.,**<br><br>    **Defendants.** | **Civil Action No.  07-1970 (JDB)** |

## ORDER

Upon consideration of [11] defendants' motion to dismiss or, in the alternative, to transfer, the opposition and reply thereto, the entire record herein, and for the reasons identified in the Memorandum Opinion issued on this date, it is hereby

    **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**; it is further

    **ORDERED** that the motion to dismiss is **DENIED**; it is further

    **ORDERED** that the motion to transfer is **GRANTED**; and it is further

    **ORDERED** that this case is hereby **TRANSFERRED** to the District of Minnesota pursuant to 28 U.S.C. § 1404(a).

    **SO ORDERED**.

                                    /s/
                            JOHN D. BATES
                        United States District Judge


Dated: June 24, 2008